U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL WILSON | DOCKET NO. 06-CV-2409 |
| VERSUS | JUDGE DRELL |
| HARRY LAPIN, ET AL | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 5th day of December, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE